# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEE DOMINGUEZ, | ) | No. CV 11-3447-CBM (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KATHLEEN ALLISON, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 1/19/2012

HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE